NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:02CR124

CYNTHIA RONE

On May 20, 2003 the above named was placed on probation for a period of three (3) years. She has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that CYNTHIA RONE be discharged from Probation.

Respectfully submitted,

*[signature]*
Stephen R. Pridgen
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 28 day of Feb, 2006.

*[signature]*
Honorable Roger Vinson
United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 MAR -1 AM 7: 43

FILED